IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                         No. CIV S-11-2532 KJM GGH

    vs.

KENNETH KINSER, et al.,                 ORDER

        Defendants.

_____/

        On July 27, 2012, the court directed plaintiff to show cause why the action should not be dismissed for his failure to comply with Local Rule 160 and the court's prior orders establishing deadlines. The court also directed plaintiff to show proof that he had served all his prior requests on defendants. Thereafter plaintiff filed a request for a dismissal of the action without prejudice but has not otherwise responded to the court's order to show cause or shown that he served his prior requests for additional time on the nonappearing defendants with whom he had purportedly settled.

        Because plaintiff has not explained why this case should not be dismissed or why he failed to comply with the court's earlier orders, and has not shown that he served his prior requests on the defendants, he has not responded to the order to show cause. Accordingly, the

1

1  case is dismissed with prejudice.  FED.R. CIV. P.  41(b).  The Clerk of Court is directed to serve a
2  courtesy copy of this order on Kenneth Kinser at the address shown for him on the affidavit of
3  service filed at ECF No. 5.
4        IT IS SO ORDERED.
5  DATED:  August 22, 2012.

_____
UNITED STATES DISTRICT JUDGE